■ In the Matter of SARA COURY EAGAN, an Attorney. [55 NYS3d 677]—

Per Curiam. Sara Coury Eagan was admitted to practice by this Court in 2009 and lists a business address in New Orleans, Louisiana with the Office of Court Administration. By affidavit sworn to May 17, 2017 and filed May 22, 2017, Eagan now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Eagan's application by correspondence dated June 19, 2017.

Upon reading the affidavit of Eagan, and upon reading the correspondence in response by the Chief Attorney for AGC, and having determined that Eagan is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, J.P., Lynch, Devine, Clark and Aarons, JJ., concur. Ordered that Sara Coury Eagan's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further ordered that Sara Coury Eagan's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Sara Coury Eagan is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Eagan is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Sara Coury Eagan shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.